**NORRIS McLAUGHLIN, P.A.**
Edward G. Sponzilli, Esq. (Attorney ID: 013701975)
Richard J. Birch, Esq. (Attorney ID: 322842020)
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendant,*
*University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey*

| | |
|---|---|
| JOHN FAKLA, | UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF |
| Plaintiff, | NEW JERSEY |
| vs. | |
| | CIVIL ACTION NO: |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10. | ELECTRONICALLY FILED |
| | **DECLARATION OF SERVICE** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Edward G. Sponzilli, Esq., hereby declare under penalty of perjury:

On this date, I caused the Notice of Filing Notice of Removal to be filed with the Superior Court of New Jersey, Law Division, Middlesex County via eCourts, and served upon *pro se* plaintiff by Federal Express as follows:

    John Fakla, *Pro Se*
    521 Norwich Court
    Piscataway, NJ 08854

I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Edward G. Sponzilli
                                              Edward G. Sponzilli

Dated: July 25, 2025