**NORRIS McLAUGHLIN, P.A.**
Edward G. Sponzilli, Esq. (Attorney ID: 013701975)
Richard J. Birch, Esq. (Attorney ID: 322842020)
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendant,*
*University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey*

|  |  |  |
|---|---|---|
| JOHN FAKLA, | : | UNITED STATES DISTRICT COURT |
|  | : | FOR THE DISTRICT OF |
| Plaintiff, | : | NEW JERSEY |
| vs. | : |  |
|  | : | CIVIL ACTION NO: 2:25-cv-13764 |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10. | : | ELECTRONICALLY FILED |
|  | : | **APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L. CIV. R. 6.1** |
| Defendants. | : |  |

Application is hereby made for a Clerk's Order extending time within which the attorneys for Defendant, University Behavioral Health Care ("UBHC"), a non-suable constituent unit of Rutgers, The State University of New Jersey may Answer, Move, or otherwise Reply to the Complaint filed by Plaintiff John Fakla ("Plaintiff"), and it is represented that:

1. Plaintiff filed his Complaint on June 27, 2025, in the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-3942-25;

2. Service of Process was affected on UBHC on July 17, 2025;

3. On July 25, 2025, UBHC removed the State Court Action to the United States District Court for the District of New Jersey;

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(A), the time for UBHC to Answer, Move or otherwise Reply expires on August 7, 2025;

5. No previous extension has been obtained to Answer, Move, or otherwise Reply to the Complaint.

**NORRIS McLAUGHLIN, P.A.**

By: */s/ Edward G. Sponzilli*
      Edward G. Sponzilli

Dated: July 29, 2025

**ORDER**

The above application is GRANTED, and UBHC's time to Answer, Move or otherwise Reply is extended to August 21, 2025.

Melissa E. Rhoads, Clerk of Court

By: _____
            Deputy Clerk

ORDER DATED: