Richard J. Birch, Esq.
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Blvd., 8th Floor
Bridgewater, New Jersey 08807
P.O. Box 5933
T: (908) 722-0700
F: (908) 722-0755
*Attorneys for Defendant University Behavioral Health Care,*
*a non-suable constituent unit of Rutgers, The State University of New Jersey*

| | | |
|---|---|---|
| JOHN FAKLA, | : | UNITED STATES DISTRICT COURT |
| | : | FOR THE DISTRICT OF |
| Plaintiff, | : | NEW JERSEY |
| vs. | : | |
| | : | CIVIL ACTION NO: 2:25-cv-13764 |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10. | : | ELECTRONICALLY FILED |
| | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |

**PLEASE TAKE NOTICE** that Richard J. Birch, Esq. of **NORRIS McLAUGHLIN, P.A.** hereby enters an appearance on behalf of Defendant University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey, and requests that copies of all papers in this action be served upon the undersigned.

                                            **NORRIS McLAUGHLIN, P.A.**

                                            **By:** *s/Richard J. Birch*
                                                    Richard J. Birch, Esq.

Dated: July 29, 2025