**NORRIS McLAUGHLIN, P.A.**
Edward G. Sponzilli, Esq. (Attorney ID: 013701975)
Richard J. Birch, Esq. (Attorney ID: 322842020)
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendant,*
*University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey*

| | |
|---|---|
| JOHN FAKLA, | UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| vs. | |
| | CIVIL ACTION NO: 2:25-cv-13764 |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10. | ELECTRONICALLY FILED |
| | **FED. R. CIV. P. 7.1 STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey and Rutgers, The State University of New Jersey, being a public entity and having its principal administrative building located at Old Queens Administration Building, 83 Somerset Street, New Brunswick, New Jersey 08901, hereby states that:

1. Rutgers, The State University of New Jersey, has no parent company; and

2. No publicly held corporation owns 10 percent or more of the shares of Rutgers, The State University of New Jersey.

          **NORRIS McLAUGHLIN, P.A.**
          *Attorneys for Defendant, University Behavioral Health Care, a non-suable constituent unit of Rutgers, The State University of New Jersey*

          By: */s/ Edward G. Sponzilli*

Dated: July 30, 2025                   Edward G. Sponzilli