# EXHIBIT A

  **John Fakla**
Jul 15 · 🌐

 **Meg Sully**
Zoom party tonight

1w    Like    Reply    2 👍😄

**Meg Sully**
Zoom partaaaaay TONIGHT!

1w    Like    Reply

View 1 reply...

 Write a reply...

 **Christo Makropoulos Jersey Watcher**
What judge and court I'll get audio recording

1w    Like    Reply    1 👍

 ✏️ Author
**John Fakla**
**Christo Makropoulos Jersey Watcher** lol u keep asking me. Christo Makropoulos Jersey Watcher yea you can. Middlesex County Courthouse courtroom 205 Judge Corman. I'll end up getting them too but need to get the real transcripts or have it transcribed

1w    Like    Reply

 Write a reply...

 **Cleo RA**
Good for you, John, you deserve it! Never stopped speaking the truth about the corruption in the system. We are the only ones we're gonna




**John Fakla**
Jul 15 · 🌐

Most relevant ▾



✏️ **Author**
**John Fakla**
#everyonehighlights
#everyonehighlightsfollowers

1w    Like    Reply



**Amanda Hardin**
A win's a win my friend. It's worth the happiness and celebration. More to come.🥳🙌🏻

1w    Like    Reply                    5 

 ✏️ **Author**
**John Fakla**
Amanda Hardin sure it. TY

1w    Like    Reply                    1 

 Write a reply...



**Christopher Espo Angulo**
Made my week w that news! I need venue change bad Monmouth has been gunning for me they're gonna try to say incompetent and use the mental
Health to send me to ancorra I know it I have to prevent it

1w    Like    Reply                    2 

 ✏️ **Author**
**John Fakla**
Christopher Espo Angulo file complaints against the judges try and get other




John Fakla

**Posts**    About    Videos    Photos

  42                4 comments  1 share

👍 Like         💬 Comment        📞 Send        ↗ Share

 John Fakla
Jul 15 · 🌐

# I just got the TRO approved against the mental health facility! The Judge was fair and resonance! It's a small win but much needed. It was very refreshing to be heard and understood!

  89                        43 comments  5 shares

👍 Like         💬 Comment        📞 Send        ↗ Share

 Domino's Pizza ✓
Sponsored · 🌐

[ Follow ]        [ 💬 Message ]



# John's post

**John Fakla**
6d · 🌐

Anyone wanna come with me as backup to serve these scumbags their TRO tomorrow?

👍🥰❤️ 43                                    41 comments  4 shares

👍 Like        💬 Comment        📞 Send        ➤ Share

---

The Hon. J. Randall Corman, J.S.C.
Superior Court of New Jersey
Law Division, Middlesex County
56 Paterson Street, P.O. Box 964
Chambers/Courtroom 205
New Brunswick, New Jersey 08903

**PREPARED BY THE COURT:**

| | |
|---|---|
| JOHN FAKLA  Plaintiff(s), | SUPERIOR COURT OF NEW JERSEY  LAW DIVISION  MIDDLESEX COUNTY  DOCKET NO.: L-3942-25 |
| vs. | CIVIL ACTION |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC), PISCATAWAY POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, and JANE DOE AGENTS 1-10  Defendant(s). | ORDER |

**FILED**
July 16, 2025
Hon. J. Randall Corman, J.S.C.

**THIS MATTER** being opened to the Court on a Verified Complaint and an application for an Order to Show Cause seeking temporary restraints, filed by the Plaintiff, *pro se*, and the Court having considered the application, and for good cause shown;

**IT IS** on this 16th day of July, 2025,

**ORDERED** that the Defendant University Behavioral Health Care (UBHC), appear and show cause before the Superior Court of New Jersey Law Division, in Courtroom 205 of the Middlesex County Courthouse, on **August 4, 2025** at **2:00 PM**, as to why an order should not be entered:

1. Enjoining and restraining Defendant UBHC from initiating contact with or having contact with Plaintiff, including but not limited to approaching Plaintiff's residence, workplace, or any other location where Plaintiff may be;
2. Prohibiting Defendant UBHC from engaging in any form of surveillance, investigation, or harassment of Plaintiff;
3. Compelling Defendant UBHC to cease and desist from making any further attempts to detain, question, or commit Plaintiff involuntarily absent a valid court order;
4. Awarding Plaintiff such other and further relief as the Court deems just and equitable.

👍❤️ 7                                                                  5 comments

← John's post

👍❤️ 7                                    5 comments

👍 Like     💬 Comment     📞 Send     ↗ Share

IT IS ORDERED that, pending the return date of this Order to Show Cause, Defendant UBHC shall be temporarily restrained and enjoined from any and all contact with Plaintiff and from engaging in any further conduct of the type alleged in the Verified Complaint, including but not limited to visits to Plaintiff's residence, except by lawful process or court order.

IT IS ORDERED that Defendant UBHC shall provide the Plaintiff with a copy of its files concerning the April 23, 2025 incident where UBHC appeared at the Plaintiff's home.

IT IS ORDERED that a copy of this Order to Show Cause, Verified Complaint, and any supporting documents submitted by Plaintiff be served upon Defendant UBHC personally or via an appropriate process server by July 21, 2025.

IT IS ORDERED that Plaintiff shall file with the Court proof of service of the pleadings on the Defendants in accordance with the applicable Court Rules.

IT IS FURTHER ORDERED that Defendants shall file and serve any written opposition to this application **by July 28, 2025**, and Plaintiff may file and serve a reply **by August 1, 2025**.

_____
Hon. J. Randall Corman, JSC
**THE HONORABLE J. RANDALL CORMAN, J.S.C.**

❤️👍 3                           1 comment  1 share

👍 Like     💬 Comment     📞 Send     ↗ Share

 **John Fakla**
6d · 🌐

**Most relevant** ⌄

 **Tha Situation**
Were you granted forma pauperis? If so, it should be the responsibility of the Sheriff's department or Marshall's to conduct the process service
6d    Like    Reply                                 3 👍

   ✏️ Author
  **John Fakla**
  Tha Situation Sherifs ain't doing shit for me
  6d    Like    Reply                               2 👍😢

  Write a reply...

 **Christo Makropoulos Jersey Watcher**
Can I come???
6d    Like    Reply                                 2 👍

   ✏️ Author
  **John Fakla**
  Christo Makropoulos Jersey Watcher yea
  6d    Like    Reply                               1 👍

  View 1 reply...

  Write a reply...

 **Alice Flowers**
YOU SHOULD NOT BE SERVING THAT HIRE A PROCESS SERVER.
THE COURT IS SUPPOSE TO SERVE THEM ANYWAY.



# John Fakla
6d · 🌐

**Alice Flowers**
YOU SHOULD NOT BE SERVING THAT HIRE A PROCESS SERVER.
THE COURT IS SUPPOSE TO SERVE THEM ANYWAY.

6d    Like    Reply    6 👍

**Author**
**John Fakla**
Alice Flowers he give me the option to hire a process server or do it

6d    Like    Reply    1 😮

**Allen Shultz**
John Fakla the court should be serving the defendants a copy of the order

6d    Like    Reply    2 👍

**Allen Shultz**
now, i get it; normally the bar member would ghost write it for the judge and send it out on court letterhead, and clear that docket.....that is highly unethical, but very much possible. its another reason they hate pro se.... they won't just call us up...

6d    Like    Reply

**Alice Flowers**
John Fakla you should never put yourself in a position for them to lie on you....which they will. You don't want them to contact you uet you want to give them the documents????

Write a comment...


**John Fakla**
6d · 🌐



**Alice Flowers**
John Fakla you should never put yourself in a position for them to lie on you....which they will. You don't want them to contact you uet you want to give them the documents???? Make that make sense 🤷‍♀️

6d   Like   Reply   2 👍



🖊 **Author**
**John Fakla**
Alice Flowers what do you mean lie to me? Someone needs to serve them a tro. There isn't any communication with serving papers

6d   Like   Reply


Write a reply...


Write a reply...


**Justice Justice Justice**
I'd come but I'm too far away!

6d   Like   Reply   1 ❤️


**Natalie Gier**
 👏👏👏👏👏👏👏

6d   Like   Reply   2 👍


**Christopher Espo Angulo**
Have Christo and someone else go, u stay away be the bigger person, prove that they ARE in your past now. They are only paper dolls now. Stay

  Write a comment...     



**John Fakla**
6d · 🌐



**Christopher Espo Angulo**
Have Christo and someone else go, u stay away be the bigger person, prove that they ARE in your past now. They are only paper dolls now. Stay away from them. It solidifies your motion.

6d   Like   Reply                                    2 👍



**Nicki Luther**
Were having a hell of a time getting a tro accepted and approved

6d   Like   Reply                                    1 👍



🎤 **Author**
**John Fakla**
Nicki Luther This is over 12 years in the making. These people violated me for a long time and I was finally able to do something. Keep pushing and staying the course

6d   Like   Reply                            2 👍🥰

View 1 reply...

Write a reply...



**Mary Chapman**
Cops serve TRO's not the person filing against them

6d   Like   Reply



🎤 **Author**
**John Fakla**
Mary Chapman That's not true at all

Write a comment...


**John Fakla**
6d · 🌐

**Allen Shultz**
u are better off to avoid the confrontation of putting both parties in that position, and sending a copy by USPS green signature card return, and one regular mail to be sure. you do not want to put them in immediate violation of the now active order. save face of everybody, and does not set up a hostile situation. are they cc'd a copy of that order?

6d · Like · Reply · 1 👍

✏️ **Author**
**John Fakla**
Allen Shultz I understand

6d · Like · Reply · 1 🤗

Write a reply...

**Tom Pepe**
GET EM GET EM

5d · Like · Reply

**Jessica Osborne**
Want it shared for court watchers?

6d · Like · Reply · 1 ❤️

✏️ **Author**
**John Fakla**
Jessica Osborne yea everyone should know what's going on with my case

6d · Like · Reply · 1 🤗

Write a comment...

  



**John Fakla**
6d · 🌐



**Isabella E Reyes**
Happy to hear you finally got one! I was able to get a TRO in Burlington county then corrupt lawyers forced it back to corrupt Morris KKkounty where the abuser violated the terms of no contact or harassment IN the courthouse. He was talking to the twins that were protected under the order. They did nothing to him and Judge Bogaard threw out the whole 3 page TRO order and didn't even let me call my witnesses and dismissed the TRO.
Must be nice to have friends.

5d   Like   Reply



**Donna Heinrich**
I'd have loved to. So relieved to hear your success. Bravo Braveheart. 👏

6d   Like   Reply                                     1 



**Jesus Zepeda**
Middlesex county? U heard of (Chencelor Solicitor Free Inhabitant) from youtube... he beat several cases out in that county.

5d   Like   Reply

View 1 reply...



**Jane Kollman-Hopkins**
I would gladly if I was closer .. I am in Washington state .. darn

6d   Like   Reply

**Gunner Evers**
Sweet!!

 Write a comment...   

< John Fakla 🔍

**Posts**  About  Videos  Photos

 **John Fakla**
6d · 🌐

Anyone wanna come with me as backup to serve these scumbags their TRO tomorrow?

---

Hon. J. Randall Corman, J.S.C.
Superior Court of New Jersey
Law Division, Middlesex County
Paterson Street, P.O. Box 964
Chambers/Courtroom 205
New Brunswick, New Jersey 08903

PREPARED BY THE COURT:

JOHN FAKLA,
    Plaintiff(s),

vs.

UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC), PISCATAWAY POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JANE DOE AGENTS 1-10
    Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MIDDLESEX COUNTY
DOCKET NO.: L-3942-25

CIVIL ACTION

ORDER

FILED
July 16, 2025
Hon. J. Randall Corman

THIS MATTER being opened to the Court on a Verified Complaint and an application for an Order to Show Cause seeking temporary restraints, filed by the Plaintiff, *pro se*, and the Court having considered the application, and for good cause shown;

IT IS on this 16th day of July, 2025,

ORDERED that the Defendant University Behavioral Health Care (UBHC), appear before the Superior Court of New Jersey Law Division, in Courtroom 205 of the Courthouse, on **August 4, 2025** at **2:00 PM**, as to why an order should not be entered:

1. Enjoining and restraining Defendant UBHC from initiating contact with or further contact with Plaintiff, including but not limited to approaching Plaintiff's workplace, or any other location where Plaintiff may be;
2. Prohibiting Defendant UBHC from engaging in any form of surveillance or harassment of Plaintiff;
3. Compelling Defendant UBHC to cease and desist from making any further attempt to detain, question, or commit Plaintiff involuntarily absent a valid court order;
4. Awarding Plaintiff such other and further relief as the Court deems just.

IT IS ORDERED that, pending the return date of this Order to Show Cause, Defendant is temporarily restrained and enjoined from any and all contact with Plaintiff and from further conduct of the type alleged in the Verified Complaint, including but not limited to Plaintiff's residence, except by lawful process or court order.

IT IS ORDERED that Defendant UBHC shall provide the Plaintiff with a copy of the April 23, 2025 incident where UBHC appeared at the Plaintiff's home.

IT IS ORDERED that a copy of this Order to Show Cause, Verified Complaint, and supporting documents submitted by Plaintiff be served upon Defendant UBHC personally by a process server by July 21, 2025.

IT IS ORDERED that Plaintiff shall file with the Court proof of service of the pleadings in accordance with the applicable Court Rules.

IT IS FURTHER ORDERED that Defendants shall file and serve any written opposition by **July 28, 2025**, and Plaintiff may file and serve a reply **by August 1, 2025**.

_____
Hon. J. Randall Corman, JSC
THE HONORABLE J. RANDALL CORMAN

---

👍🥰❤️ 43     41 comments  4 shares

👍 Like    💬 Comment    📞 Send    ↗ Share

[Follow]    [Message]