**NORRIS McLAUGHLIN, P.A.**
Edward G. Sponzilli, Esq. (Attorney ID: 013701975)
Richard J. Birch, Esq. (Attorney ID: 322842020)
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendant,*
*Rutgers, The State University of New Jersey*
*(misidentified in Plaintiff's Complaint as University Behavioral Health*
*Care, a non-suable constituent unit of Rutgers)*

| | |
|---|---|
| JOHN FAKLA, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | CIVIL ACTION NO: 2:25-cv-13764 |
| UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10. | ELECTRONICALLY FILED |
| Defendants. | **DECLARATION OF EDWARD SPONZILLI, ESQ. IN SUPPORT OF UBHC'S EMERGENT APPLICATION TO VACATE TEMPORARY RESTRAINTS** |

**I, EDWARD G. SPONZILLI, ESQ.,** of full age, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law and a member of the law firm of Norris McLaughlin, P.A., counsel for Defendant Rutgers, The State University of New Jersey (misidentified in Plaintiff's Complaint as University Behavioral Health Care, a non-suable constituent unit of Rutgers ("Defendant" or "Rutgers"). As counsel assigned to this matter, I have knowledge of the proceedings herein. I am authorized to submit this Declaration in support of Defendants' Emergent Application to Vacate Temporary Restraints.

2. A true and accurate copy of Plaintiff's June 27, 2025, Verified Complaint and Order to Show Cause is annexed hereto as **Exhibit "A"**.

3. On July 16, 2025, the State Court issued an *Ex Parte* Order, without hearing defendants at all, temporarily restraining and enjoining Defendant from any and all contact with Plaintiff John Fakla ("Plaintiff") and from further engaging in any conduct alleged in Plaintiff's Verified Complaint, including but not limited to, visits to Plaintiff's residence, except by lawful process or court order. A true and accurate copy of the Court's July 16, 2025, *Ex Parte* Order is annexed hereto as **Exhibit "B"**.

4. On July 17, 2025, Rutgers received a copy of Plaintiff's Verified Complaint and the July 16, 2025, Order.

5. A true and accurate copy of the list of New Jersey Department of Human Services – Division of Mental health Services – Screening Centers is annexed hereto as **Exhibit "C"**.

I declare under penalty of perjury that the foregoing is true and correct.

                                            **NORRIS, McLAUGHLIN, P.A.**
*Defendant, Rutgers, The State University of New Jersey (misidentified in Plaintiff's Complaint as University Behavioral Health Care, a non-suable constituent unit of Rutgers)*

                                            By: */s/ Edward G. Sponzilli*
                                                     Edward G. Sponzilli

Dated: August 1, 2025