**NORRIS McLAUGHLIN, P.A.**
Edward G. Sponzilli, Esq. (Attorney ID: 013701975)
Richard J. Birch, Esq. (Attorney ID: 322842020)
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General: 908-722-0700
*Attorneys for Defendant,*
*Rutgers, The State University of New Jersey*
*(misidentified in Plaintiff's Complaint as University Behavioral Health*
*Care, a non-suable constituent unit of Rutgers)*

| | |
|---|---|
| JOHN FAKLA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC); PISCATAWAY POLICE DEPARTMENT; JOHN DOE OFFICERS 1-10; and JANE DOE AGENTS 1-10.<br><br>　　　　　　　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO: 2:25-cv-13764<br><br>ELECTRONICALLY FILED<br><br>**ORDER TO SHOW CAUSE WHY THE TEMPORARY RESTRAINTS ENTERED ON JULY 16, 2025, BY ORDER OF THE SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, MIDDLESEX COUNTY SHOULD NOT BE VACATED IN ITS ENTIRETY WITH AD INTERIM RESTRAINTS VACATING THE ABOVE-REFERENCED ORDER UNTIL THE RETURN DATE** |

**THIS MATTER** being brought before the Court by Norris McLaughlin, P.A., attorneys for Defendant Rutgers, The State University of New Jersey (misidentified in Plaintiff's Complaint as University Behavioral Health Care, a non-suable constituent unit of Rutgers ("Defendant" or "Rutgers")). by way of Order to Show Cause pursuant to Fed. R. Civ. P. 65, requesting immediate vacation of the restraints contained in the July 16, 2025, Order entered by The Honorable J. Randall Corman, J.S.C., of the Superior Court of New Jersey, Law Division, Middlesex County under Docket No.: MID-L-3942-25, and on the return date requiring Pro Se Plaintiff John Fakla

("Plaintiff") to appear before this Court and show cause why the Restraining Order entered by The Honorable J. Randall Corman, J.S.C. of the Superior Court of New Jersey, Law Division, Middlesex County Restraining Order, dated July 16, 2025, should not be reinstated in its entirety, and the Court having considered the application, the arguments of the parties, and for good cause shown:

**IT IS** on this _____ day of _____, 2025, **ORDERED** that:

1. The temporary restraints entered against Rutgers by The Honorable J. Randall Corman, J.S.C., of the Superior Court of New Jersey, Law Division, Middlesex County, on July 16, 2025, restraining Rutgers from any and all contact with Plaintiff and from engaging in any further conduct of the type alleged in the Verified Complaint, including but not limited to visits to Plaintiff's residence, except by lawful process or court order be and is hereby **VACATED** pending the return date set forth below and until further order of the Court.

2. Plaintiff shall appear before this Court on _____ day of _____, 2025, at \_\_\_\_ a.m./p.m., or as soon thereafter as the parties may be heard, at the United States District Courthouse, located at 50 Walnut Street, Newark, New Jersey, to show cause as to why the vacated order of Judge Corman of July 16, 2025, should not be reinstated for the pendency of this action; and

3. Plaintiff may file and serve any opposition to the relief requested in this application no later than _____, and Rutgers may file any reply by _____.

4. A Copy of this Order, along with all supporting papers shall be served upon Plaintiff by personal service on or before _____ day of _____, 2025, and such service

shall be deemed good and sufficient.

                                                                                                                                    _____

                                                                                                                                    Hon. Clare C. Cecchi, U.S.D.J.