# EXHIBIT A

I'm going off tomorrow! Everyone's names everything that happened to me from start to finish every single scumbag that had their hands on this from the cops to the public defenders to the prosecutors to the mental health physicians all of them. I take good pictures too cause I actually like to enjoy life a little bit sometimes




 **John Fakla**
Jul 15 · 🌐

 **Meg Sully**
Zoom party tonight

1w    Like    Reply                     2 

 **Meg Sully**
Zoom partaaaaay TONIGHT!

1w    Like    Reply

View 1 reply...

    Write a reply...

 **Christo Makropoulos Jersey Watcher**
What judge and court I'll get audio recording

1w    Like    Reply                     1 

 🎙 **Author**
**John Fakla**
Christo Makropoulos Jersey Watcher lol u
keep asking me. Christo Makropoulos
Jersey Watcher yea you can. Middlesex
County Courthouse courtroom 205 Judge
Corman. I'll end up getting them too but
need to get the real transcripts or have it
transcribed

1w    Like    Reply

    Write a reply...

 **Cleo RA**
Good for you, John, you deserve it! Never
stopped speaking the truth about the corruption
in the system. We are the only ones we're gonna

 

**John Fakla**
Jul 15 · 🌐

Most relevant ⌄

 🎤 **Author**
**John Fakla**
#everyonehighlights
#everyonehighlightsfollowers

1w · **Like** · **Reply**

 **Amanda Hardin**
A win's a win my friend. It's worth the happiness and celebration. More to come. 🥰 🙌🏻

1w · **Like** · **Reply** 5 

 🎤 **Author**
**John Fakla**
Amanda Hardin sure it. TY

1w · **Like** · **Reply** 1 👍

 Write a reply...

 **Christopher Espo Angulo**
Made my week w that news! I need venue change bad Monmouth has been gunning for me they're gonna try to say incompetent and use the mental
Health to send me to ancorra I know it I have to prevent it

1w · **Like** · **Reply** 2  

 🎤 **Author**
**John Fakla**
Christopher Espo Angulo file complaints against the judges try and get other

Posts    About    Videos    Photos

 42      4 comments   1 share

👍 Like    💬 Comment    📞 Send    ↪ Share

 **John Fakla**
Jul 15 · 🌐

# I just got the TRO approved against the mental health facility! The Judge was fair and resonance! It's a small win but much needed. It was very refreshing to be heard and understood!

❤️👍 89      43 comments   5 shares

👍 Like    💬 Comment    📞 Send    ↪ Share

 **Domino's Pizza** ✔️ ⋯ ✕
Sponsored · 🌐

[ ➕ Follow ]    [ 💬 Message ]



**John Fakla**
6d · 🌐

Anyone wanna come with me as backup to serve these scumbags their TRO tomorrow?

👍😮❤️ 43          41 comments  4 shares

👍 Like          💬 Comment          📨 Send          ↗ Share

---

The Hon. J. Randall Corman, J.S.C.
Superior Court of New Jersey
Law Division, Middlesex County
56 Paterson Street, P.O. Box 964
Chambers/Courtroom 205
New Brunswick, New Jersey 08903
**PREPARED BY THE COURT:**

> **FILED**
>
> July 16, 2025
> Hon. J. Randall Corman, J.S.C.

JOHN FAKLA

        Plaintiff(s),

    vs.

UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC), PISCATWAY POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, and JANE DOE AGENTS 1-10

        Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
MIDDLESEX COUNTY
DOCKET NO.: L-3942-25

CIVIL ACTION

**ORDER**

    **THIS MATTER** being opened to the Court on a Verified Complaint and an application for an Order to Show Cause seeking temporary restraints, filed by the Plaintiff, *pro se*, and the Court having considered the application, and for good cause shown;

    **IT IS** on this 16th day of July, 2025,

    **ORDERED** that the Defendant University Behavioral Health Care (UBHC), appear and show cause before the Superior Court of New Jersey Law Division, in Courtroom 205 of the Middlesex County Courthouse, on **August 4, 2025 at 2:00 PM**, as to why an order should not be entered:

1. Enjoining and restraining Defendant UBHC from initiating contact with or having contact with Plaintiff, including but not limited to approaching Plaintiff's residence, workplace, or any other location where Plaintiff may be;

2. Prohibiting Defendant UBHC from engaging in any form of surveillance, investigation, or harassment of Plaintiff;

3. Compelling Defendant UBHC to cease and desist from making any further attempts to detain, question, or commit Plaintiff involuntarily absent a valid court order;

4. Awarding Plaintiff such other and further relief as the Court deems just and equitable.

👍❤️ 7          5 comments

John's post

👍❤️ 7                                    5 comments

👍 Like        💬 Comment        📞 Send        ↪ Share

**IT IS ORDERED** that, pending the return date of this Order to Show Cause, Defendant UBHC shall be temporarily restrained and enjoined from any and all contact with Plaintiff and from engaging in any further conduct of the type alleged in the Verified Complaint, including but not limited to visits to Plaintiff's residence, except by lawful process or court order.

**IT IS ORDERED** that Defendant UBHC shall provide the Plaintiff with a copy of its files concerning the April 23, 2025 incident where UBHC appeared at the Plaintiff's home.

**IT IS ORDERED** that a copy of this Order to Show Cause, Verified Complaint, and any supporting documents submitted by Plaintiff be served upon Defendant UBHC personally or via an appropriate process server by July 21, 2025.

**IT IS ORDERED** that Plaintiff shall file with the Court proof of service of the pleadings on the Defendants in accordance with the applicable Court Rules.

**IT IS FURTHER ORDERED** that Defendants shall file and serve any written opposition to this application **by July 28, 2025**, and Plaintiff may file and serve a reply **by August 1, 2025**.

Hon. J. Randall Corman, JSC
**THE HONORABLE J. RANDALL CORMAN, J.S.C.**

❤️👍 3                              1 comment  1 share

👍 Like        💬 Comment        📞 Send        ↪ Share


<

...

Most relevant ⌄

 **Tha Situation**
Were you granted forma pauperis? If so, it should be the responsibility of the Sheriff's department or Marshall's to conduct the process service

6d   Like   Reply                    3 👍

 ✏️ **Author**
**John Fakla**
**Tha Situation** Sherifs ain't doing shit for me

6d   Like   Reply                    2 👍😢

 Write a reply...

 **Christo Makropoulos Jersey Watcher**
Can I come???

6d   Like   Reply                    2 👍

 ✏️ **Author**
**John Fakla**
**Christo Makropoulos Jersey Watcher** yea

6d   Like   Reply                    1 👍

View 1 reply...

 Write a reply...

 **Alice Flowers**
YOU SHOULD NOT BE SERVING THAT HIRE A PROCESS SERVER.
THE COURT IS SUPPOSE TO SERVE THEM ANYWAY.


 **Alice Flowers**
YOU SHOULD NOT BE SERVING THAT HIRE A PROCESS SERVER.
THE COURT IS SUPPOSE TO SERVE THEM ANYWAY.

6d    Like    Reply                                    6 👍

 🎤 **Author**
**John Fakla**
Alice Flowers he give me the option to hire a process server or do it

6d    Like    Reply                                    1 😮

 **Allen Shultz**
John Fakla the court should be serving the defendants a copy of the order

6d    Like    Reply                                    2 👍

**Allen Shultz**
now, i get it; normally the bar member would ghost write it for the judge and send it out on court letterhead, and clear that docket.....that is highly unethical, but very much possible. its another reason they hate pro se.... they won't just call us up...

6d    Like    Reply

 **Alice Flowers**
John Fakla you should never put yourself in a position for them to lie on you....which they will. You don't want them to contact you uet you want to give them the documents????

Write a comment...


 **Alice Flowers**
John Fakla you should never put yourself in a position for them to lie on you....which they will. You don't want them to contact you uet you want to give them the documents????
Make that make sense 🤷‍♀️

6d     Like     Reply          2 👍

🖊 **Author**
**John Fakla**
Alice Flowers what do you mean lie to me? Someone needs to serve them a tro. There isn't any communication with serving papers

6d     Like     Reply

 Write a reply...

 Write a reply...

 **Justice Justice Justice**
I'd come but I'm too far away!

6d     Like     Reply          1 ❤️

 **Natalie Gier**
👏 👏 👏 👏 👏 👏 👏

6d     Like     Reply          2 👍

 **Christopher Espo Angulo**
Have Christo and someone else go, u stay away be the bigger person, prove that they ARE in your past now. They are only paper dolls now. Stay

 Write a comment...   



 **John Fakla**
6d · 🌐

 **Christopher Espo Angulo**
Have Christo and someone else go, u stay away
be the bigger person, prove that they ARE in your
past now. They are only paper dolls now. Stay
away from them. It solidifies your motion.

6d    Like    Reply                        2 👍

 **Nicki Luther**
Were having a hell of a time getting a tro
accepted and approved

6d    Like    Reply                        1 👍

 🎤 **Author**
**John Fakla**
Nicki LutherThis is over 12 years in the
making. These people violated me for a
long time and I was finally able to do
something. Keep pushing and staying the
course

6d    Like    Reply              2 👍 

View 1 reply...

 Write a reply...

 **Mary Chapman**
Cops serve TRO's not the person filing against
them

6d    Like    Reply

 🎤 **Author**
**John Fakla**
Mary Chapman That's not true at all

 Write a comment...           

 


**Allen Shultz**
u are better off to avoid the confrontation of putting both parties in that position, and sending a copy by USPS green signature card return, and one regular mail to be sure. you do not want to put them in immediate violation of the now active order. save face of everybody, and does not set up a hostile situation. are they cc'd a copy of that order?

6d    Like    Reply                                    1 

✏️ Author
**John Fakla**
Allen Shultz I understand

6d    Like    Reply                                    1 🤭

 Write a reply…

 **Tom Pepe**
GET EM GET EM

5d    Like    Reply

 **Jessica Osborne**
Want it shared for court watchers?

6d    Like    Reply                                    1 ❤️

 ✏️ Author
**John Fakla**
Jessica Osborne yea everyone should know what's going on with my case

6d    Like    Reply                                    1 🤭



Write a comment…   

 

### John Fakla
6d · 🌐





**Isabella E Reyes**
Happy to hear you finally got one! I was able to get a TRO in Burlington county then corrupt lawyers forced it back to corrupt Morris KKkounty where the abuser violated the terms of no contact or harassment IN the courthouse. He was talking to the twins that were protected under the order. They did nothing to him and Judge Bogaard threw out the whole 3 page TRO order and didn't even let me call my witnesses and dismissed the TRO.
Must be nice to have friends.

5d    Like    Reply



**Donna Heinrich**
I'd have loved to. So relieved to hear your success. Bravo Braveheart. 👏

6d    Like    Reply                    1 



**Jesus Zepeda**
Middlesex county? U heard of (Chencelor Solicitor Free Inhabitant) from youtube... he beat several cases out in that county.

5d    Like    Reply

View 1 reply...



**Jane Kollman-Hopkins**
I would gladly if I was closer .. I am in Washington state .. darn

6d    Like    Reply



**Gunner Evers**
Sweet!!

 Write a comment...          


**Posts**   About   Videos   Photos



**John Fakla**
6d · 🌐

Anyone wanna come with me as backup to serve these scumbags their TRO tomorrow?



Hon. J. Randall Corman, J.S.C.
...ior Court of New Jersey
...Division, Middlesex County
...erson Street, P.O. Box 964
...bers/Courtroom 205
...Brunswick, New Jersey 08903
...ARED BY THE COURT:

FILED
July 16, 2025
Hon. J. Randall Corma...

... FAKLA

Plaintiff(s),

vs.

...ERSITY BEHAVIORAL HEALTH CARE
...C), PISCATAWAY POLICE
...RTMENT, JOHN DOE OFFICERS 1-10,
...NE DOE AGENTS 1-10

Defendant(s).

SUPERIOR COURT OF NEW JE...
LAW DIVISION
MIDDLESEX COUNTY
DOCKET NO.: L-3942-25

CIVIL ACTION

**ORDER**

...HIS MATTER being opened to the Court on a Verified Complaint and an ap...
...Show Cause seeking temporary restraints, filed by the Plaintiff, *pro se*, and the...
...d the application, and for good cause shown;

...IS on this 16th day of July, 2025,

...RDERED that the Defendant University Behavioral Health Care (UBHC), ap...
...re the Superior Court of New Jersey Law Division, in Courtroom 205 of the...
...urthouse, on **August 4, 2025 at 2:00 PM**, as to why an order should not be...

1. Enjoining and restraining Defendant UBHC from initiating contact with...
   contact with Plaintiff, including but not limited to approaching Plaintiff...
   workplace, or any other location where Plaintiff may be;

2. Prohibiting Defendant UBHC from engaging in any form of surveillanc...
   or harassment of Plaintiff;

3. Compelling Defendant UBHC to cease and desist from making any fur...
   detain, question, or commit Plaintiff involuntarily absent a valid court...

4. Awarding Plaintiff such other and further relief as the Court deems jus...

...IS ORDERED that, pending the return date of this Order to Show Cause, Defe...
...mporarily restrained and enjoined from any and all contact with Plaintiff and fr...
...her conduct of the type alleged in the Verified Complaint, including but not lim...
...'s residence, except by lawful process or court order.

...IS ORDERED that Defendant UBHC shall provide the Plaintiff with a copy o...
...the April 23, 2025 incident where UBHC appeared at the Plaintiff's home.

...IS ORDERED that a copy of this Order to Show Cause, Verified Complaint, ...
...documents submitted by Plaintiff be served upon Defendant UBHC personall...
...process server by July 21, 2025.

...S ORDERED that Plaintiff shall file with the Court proof of service of the pl...
...ants in accordance with the applicable Court Rules.

...S FURTHER ORDERED that Defendants shall file and serve any written o...
...ion by **July 28, 2025**, and Plaintiff may file and serve a reply **by August 1, ...**

Hon. J. Randall Corman, JSC
**THE HONORABLE J. RANDALL COR...**

👍🥰❤️ 43          41 comments   4 shares

 Like    Comment    Send    Share

 Follow           Message