# AFTER VISIT SUMMARY

**John Fakla** MRN: 04821452   Delusional disorder (CMS/HCC)   4/23/2025 - 4/25/2025   MMC AP1 BH STC

**RWJBarnabas HEALTH**

## Instructions

 **No changes were made to your medications.**

## Your Next Steps

**Go**

**MAY 12** — **Intake** 12:30 PM
UBHC NEW BRUNSWICK IOTSS
303 George Street
NEW BRUNSWICK NJ 08901-2020
732-235-6800

## What's Next

**MAY 12** — **Intake**
Monday May 12, 2025 12:30 PM

UBHC NEW BRUNSWICK IOTSS
303 George Street
NEW BRUNSWICK NJ 08901-2020
732-235-6800

**Go to UBHC NEW BRUNSWICK IOTSS**
Monday May 12, 2025
Appointment is scheduled for Monday, 5/12/25 @12:30pm in-person at the New Brunswick location for an intake assessment. Patient will be assessed for the IOTSS program. Days and time will be discussed at the appointment. Fax: 732-235-6187

303 George Street
NEW BRUNSWICK NJ 08901-2020
732-235-6800

## Medication List

You have not been prescribed any medications.