# State of New Jersey, Department of the Treasury - Division of Risk Management

## Claim Filing Portal for the General Public and Attorneys

Please Hover over the category title and click arrow to organize claims by Claim #, Date of Incident, Status, Claim Category or Investigator.

Show only Open Claims ☐

[ FILE A NEW CLAIM ]

| Claim No. | Claimant(s) | Date of Accident | Status | Claim Categories | Investigator | | |
|---|---|---|---|---|---|---|---|
| RC24-0001186 | John Fakla | 07/01/19 | Closed | Civil Rights, Due Process, False Arrest, Malicious Prosecution, and/or Wrongful Imprisonment | | CLAIM DATES | ACTIONS ▸ |
| RC25-0003246 | Rutgers University Behavioral health care and individual actors, Piscataway Police and individual actors | 04/23/25 | Closed | Assault/Abuse, Medical Malpractice, Civil Rights, Due Process, False Arrest, Malicious Prosecution, and/or Wrongful Imprisonment, State Government Employment Claim | Justin Klama | CLAIM DATES | ACTIONS ▸ |

**Brian Gillet**

**From:** Greg Fitzpatrick <fitzpapg@ubhc.rutgers.edu>
**Sent:** Tuesday, October 6, 2020 9:56 PM
**To:** Brian Gillet
**Subject:** Re: Assistance with a defendant who is incompetent to stand trial (IST)

**CAUTION:** This email originated from outside the Middlesex County organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Brian

I'm confident that I know who you are referring to. We've known him for years. I will call you in the morning. The Prosecutors office can ask for a screening. We have committed him recently. We can outreach him in the community and hopefully get him back in the hospital.

My office number is 732-225-5150.

My cell is ▇▇▇▇▇▇▇▇

Thank you,

-Greg

Sent from my iPhone

> On Oct 6, 2020, at 5:21 PM, Brian Gillet <brian.gillet@co.middlesex.nj.us> wrote:
>
> Greg:
> Sorry to send an e-mail, but I didn't have a direct phone number. Perhaps you can direct me.
>
> I am working on a case where we anticipate that a defendant will be found to be not competent to assist in his defense (IST) under N.J.S.A. 2C:4-6, but will be found to be a danger to himself, others and property, specifically to the victims of his threats. That statute appears to provide that he can be committed to a facility if he is found to be dangerous to himself or others. However, Judge Paone does not feel that he can do that, in a criminal case and thinks we must have him civilly committed under NJSA 30:4-27.10, which appears to implicate your screening centers.
>
> As of now, defendant, who has been found incompetent to assist before (2016) is not in any facility and is just walking around, claiming that he is seeing a therapist. By the way, he is charged with stalking the Police Chief and an officer in Middlesex Boro. The prior charges also related to the same victims. His diagnosis is "fixed delusions" or "delusional disorder," based upon his 2012 dealings with these officers. His attorney also told us that he was "hospitalized" in late August due to threats of harm to himself, but he has provided no reports. Since May/June 2020, he has been posting weird threats on Facebook, including posting a video of a court hearing. Sandra Coleman thought you could direct me. Can a prosecutor's office initiate a request for screening or can I ask the judge to do that? I'm

1

MCPO 2243

Attorney Name _____
NJ Attorney ID Number _____
Address _____
         _____
Telephone Number _____
Attorney for _____

| | |
|---|---|
| **State of New Jersey** _____ Plaintiff, <br> v. <br> _____ Defendant. | **Superior Court of New Jersey** <br> **Law Division – Criminal Part** <br> _____ **County** <br> **Indictment Number:** _____ <br><br> **Criminal Action** <br><br> **Consent Order** <br> Order Mandating a Psychiatric Evaluation of Criminal Responsibility at the Time of the Crime Pursuant to *N.J.S.A.* 2C4-1 for a Defendant in Jail |

**HAVING RECEIVED** notice pursuant to *N.J.S.A.* 2C:4-3 that the defendant intends to claim that he/she was not responsible for his/her conduct at the time of the crime due to mental disease or defect as provided in *N.J.S.A.* 2C:4-1, and with agreement between the State and the defense, the defendant is hereby ordered to undergo an evaluation by professional staff designated by the Commissioner of the Department of Health of his/her sanity at the time of the [specify criminal conduct that the defendant was originally charged with committing]_____
_____
_____
_____: and

It is on this _____ day of _____, 20____ **ORDERED** that:

1. The professional staff shall provide this court and the counsel identified below with a copy of his/her evaluation as to whether, at the time of the offense, the defendant was laboring under such a defect of reason, from disease of the mind as not to know the nature and quality of the act he/she was doing, or if he/she did know it, that he/she did not know what he/she was doing was wrong;

2. The examination shall take place at the jail or prison by a qualified expert from the Department of Health;

# Attachment 11

# Order #S2 - Order Mandating a Psychiatric Evaluation of Defendant's Criminal Responsibility at the Time of the Crime (Sanity Evaluation) – (Defendant Detained)

MCPO 2239

Attorney Name _____
NJ Attorney ID Number _____
Address _____
_____

Telephone Number _____
Attorney for _____

**State of New Jersey** _____
Plaintiff,
v.
_____
Defendant.

**Superior Court of New Jersey
Law Division – Criminal Part
_____ County
Indictment Number:** _____

**Criminal Action**

Order Mandating an Expert Evaluation of Criminal Responsibility at the Time of the Crime Pursuant to *N.J.S.A.* 2C:4-1 for a Defendant in the Community

**HAVING RECEIVED** notice pursuant to *N.J.S.A.* 2C:4-3 that the defendant intends to claim that he/she was not responsible for his/her conduct at the time of the crime due to mental disease or defect as provided in *N.J.S.A.* 2C:4-1, the defendant is hereby ordered to undergo an evaluation by professional staff designated by the Commissioner of the Department of Health of his/her sanity of the [specify criminal conduct that the defendant was originally charged with committing] _____
_____
_____
_____ ; and

It is on the _____ day of _____, 20___ **ORDERED** that:

1. The professional staff shall provide this court and the counsel identified below with a copy of his/her evaluation as to whether, at the time of the offense, the defendant was laboring under such a defect of reason, from disease of the mind as to not know the nature and quality of the act he/she was doing, or if he/she did know it, that he/she did not know what he/she was doing was wrong;

2. The examination shall take place at the location provided below, by a qualified expert from the Department of Health with the time and date to be provided by the Department;_____

Published by Directive #17-18 (11/01/2018), CN: 12333 (Sanity Order 1)     page 1 of 2

MCPO 2237

# Attachment 10

# Order #S1 - Order Mandating a Psychiatric Evaluation of Defendant's Criminal Responsibility at the Time of the Crime (Sanity Evaluation) – (Defendant not Detained)

Attorney Name _____
NJ Attorney ID Number _____
Address _____
_____
Telephone Number _____
Attorney for _____

| | |
|---|---|
| **State of New Jersey** _____ Plaintiff, <br> v. <br> _____ Defendant. | **Superior Court of New Jersey** <br> **Law Division – Criminal Part** <br> _____ **County** <br> **Indictment Number:** _____ <br> **Criminal Action** <br> Order Mandating the Transfer of Defendant From the Care and Custody of the Commissioner of Health to the _____ Correctional Facility |

**THIS COURT** having found that the defendant has regained his/her fitness to proceed to trial [or has been determined to be fit to stand trial] and that the defendant is not dangerous to self, others, or property as a result of mental illness,

It is on the \_\_\_\_\_ day of _____ , 20\_\_\_ **ORDERED** that:

1. The defendant shall be transferred to the _____ Correctional Facility to await a [detention hearing/trial], and

2. **IT IS FURTHER ORDERED** [any additional conditions as ordered by the court]_____
_____
_____
_____

3. The next hearing in this matter will be held on _____ .

**A copy of this Order will be forwarded to the County Adjuster's Office by the Clerk of the Court within two (2) days of its signing.**

_____            _____
Date                                                                                     Judge

**Prosecutor's Office:**                          **Defendant's Attorney:**
Name _____       Name _____

# Brian Gillet

**From:** Brian Gillet
**Sent:** Monday, July 27, 2020 1:58 PM
**To:** Christie Bevacqua
**Subject:** Contact for SVP

Hi
I spoke to Cindy Collins, Esq., in DOL in the Health and Human Services section. Here direct number is 609-376-2562. Seemed very nice and quite knowledgable. Good luck!
Brian

Brian D. Gillet
Deputy First Assistant Prosecutor
Middlesex County Prosecutor's Office
25 Kirkpatrick Street, 3d floor
New Brunswick, New Jersey 08901
Phone: 732-745-3804
Fax: 732-745-2791
Cell: 732-379-1355
E-mail: brian.gillet@co.middlesex.nj.us

**NOTICE:** Middlesex County is an EEO employer and complies with all applicable statutes and regulations

**NOTICE OF CONFIDENTIALITY**
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Middlesex. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message, any attachments, and all copies of same. Please notify the sender by return e-mail if you have received this message in error.

MCPO 2245

concerned that once the Judge dismisses the charges if he is incompetent to stand trial, we will no longer have a no-contact Order and I fear for the officers.

If you can call me at 732-379-1355, my cell, I would like to speak to you about it. Thanks and stay safe!

Brian

Brian D. Gillet
Assistant Prosecutor
Professional Standards Section/Special Investigations Unit
Middlesex County Prosecutor's Office
25 Kirkpatrick Street, 3d floor
New Brunswick, New Jersey 08901
Phone: 732-745-3804
Fax: 732-745-2791
Cell: 732-379-1355
E-mail: brian.gillet@co.middlesex.nj.us

**NOTICE:** Middlesex County is an EEO employer and complies with all applicable statutes and regulations

**NOTICE OF CONFIDENTIALITY**
This message, including any prior messages and attachments, may contain advisory, consultative and/or deliberative material, confidential information or privileged communications of the County of Middlesex. Access to this message by anyone other than the sender and the intended recipient(s) is unauthorized. If you are not the intended recipient of this message, any disclosure, copying, distribution or action taken or not taken in reliance on it, without the expressed written consent of the County, is prohibited. If you have received this message in error, you should not save, scan, transmit, print, use or disseminate this message or any information contained in this message in any way and you should promptly delete or destroy this message, any attachments, and all copies of same. Please notify the sender by return e-mail if you have received this message in error.

Click here to report this email as spam.

MCPO 2244

## Order #7 – Order Mandating the Transfer of Defendant from the Care and Custody of the Commissioner of Health to the Correctional Facility

This Order is to be used when a defendant has gained his/her fitness to proceed to trial and is no longer dangerous to self, others or property by reason of mental illness. This Order transfers the defendant back to the correctional facility.

| | |
|---|---|
| Address _____ | Address _____ |
| Telephone Number _____ | Telephone Number _____ |
| Fax _____ | Fax _____ |
| Email _____ | Email _____ |

Interpreter needed?  ☐ Yes  ☐ No   If yes, language _____

ADA accommodation needed?  ☐ Yes  ☐ No   If yes, describe _____

**Order #S1 – Order Mandating a Psychiatric Evaluation of Defendant's Criminal Responsibility at the Time of the Crime (Sanity Evaluation) - (Defendant not Detained)**

The text of the following proposed order has been drafted for use when the court needs an expert report pursuant to N.J.S.A. 2C:4-1 and the prosecutor and defense counsel having agreed that professional staff from the Department of Health should perform a sanity evaluation due to questions regarding a defendant's state of mind at the time of the offense. This form of order is to be used for defendants who are not detained at the time the order is entered and are in the community. The language in the order pertaining to the purpose of the evaluation is found in N.J.S.A. 2C:4-1. The order directs the defendant to undergo an evaluation from an expert designated by the Commissioner of Department of Health. The evaluation is to take place in the community at a place to be determined by the parties taking into account the length of time needed to complete the evaluation and any security concerns. These examinations have previously been conducted at defense counsel's offices and in courthouse settings when circumstances permit. Discovery is to be provided by the prosecutor to the court, who will then furnish it to professional staff at the Department of Health

It should be noted that this order is not to be used for an evaluation as to diminished capacity under N.J.S.A. 2C:4-2.

_____

_____

3. The Prosecutor's Office shall immediately forward all discoverable materials, including but not limited to the current charges against the defendant and the reasons why counsel is seeking an evaluation and a copy of this order, to this Judge's team leader-for submission to the evaluating expert with two (2) days of the date of this order; and,

4. [Any additional conditions as ordered by the court]_____

_____

_____

_____

5. The next court date in this matter shall be _____.

**A copy of this Order will be forwarded to the County Adjuster's Office by the Clerk of the Court within two (2) days of its signing.**

| Date _____ | Judge |
|---|---|
| **Prosecutor's Office:** | **Defendant's Attorney:** |
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| Telephone Number _____ | Telephone Number _____ |
| Fax _____ | Fax _____ |
| Email _____ | Email _____ |

Interpreter needed?           ☐ Yes   ☐ No    If yes, language _____

ADA accommodation needed?   ☐ Yes   ☐ No    If yes, describe _____

**Order #S2 - Order Mandating a Psychiatric Evaluation of Defendant's Criminal Responsibility at the Time of the Crime (Sanity Evaluation) – (Defendant Detained)**

The text of the following proposed order has been drafted for use when the court needs an expert report pursuant to N.J.S.A. 2C:4-1 due to questions regarding a defendant's criminal responsibility at the time of the offense. This order is to be used when the prosecutor and defense counsel agree that professional staff from the Department of Health (DOH) should perform a sanity evaluation. This form of order is to be used for defendants who are currently detained at the time the evaluation is ordered. The language in the order pertaining to what the elements of the evaluation is found in N.J.S.A. 2C:4-1. The Order directs the defendant to undergo an evaluation from a qualified expert designated by the Commissioner of the DOH. The evaluation is to be conducted at the place where the defendant is in custody. Discovery is to be provided by the prosecutor to the Court, who will then furnish it to DOH.

It should be noted that this order is not to be used for an evaluation as to diminished capacity under N.J.S.A. 2C:4-2.

MCPO 2240

3. The Prosecutor's Office shall immediately forward all discoverable materials, including but not limited to, the current charges against the defendant, the reasons why counsel is seeking an evaluation and a copy of this order, to this Judge's team leader for submission to the evaluating expert with two (2) days of the date of this order; and

4. [Any additional conditions as ordered by the court] _____
_____
_____

5. The next court date in this matter shall be (no longer than 90 days from date of this order) _____.

**A copy of this Order will be forwarded to the County Adjuster's Office by the Clerk of the Court within two days of its signing.**

| Date _____ | Judge _____ |
|---|---|
| **Prosecutor's Office:** | **Defendant's Attorney:** |
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| Telephone Number _____ | Telephone Number _____ |
| Fax _____ | Fax _____ |
| Email _____ | Email _____ |

Interpreter needed?    ☐ Yes    ☐ No    If yes, language _____

ADA accommodation needed?    ☐ Yes    ☐ No    If yes, describe _____