## Oral Statement for TRO Hearing

Good morning, Your Honor. John Fakla appearing pro se.

Before 2012, I had no involvement whatsoever with UBHC. No history, no screenings, no psychiatric incidents—nothing.

My first contact with UBHC came only after an incident in 2012, when I became involved in a legal [Police] dispute that ultimately escalated into years of malicious prosecution. That's when I was first subjected to psychiatric screenings—not by a doctor, but as a result of coordination between the Middlesex County Prosecutor's Office and UBHC.

It wasn't until later—through litigation and discovery—that I realized just how closely UBHC was working with county prosecutors and law enforcement to target me.

What began as a legal case quickly turned into a pattern of state-backed psychiatric harassment—used to discredit me, detain me, and silence my legal complaints.

I'm here today requesting temporary injunctive relief because I am the target of a deliberate and ongoing campaign of retaliatory abuse coordinated between UBHC, the Piscataway and Middlesex borough Police, and the Middlesex County Prosecutor's Office.

What's happening here is not about mental health. It's not medical. It's political and legal retaliation—using the mental health system to silence me, discredit me, and detain me without lawful cause, in direct response to my protected legal activity. They have this entire time done nothing but escalate this situation and then point the finger at me.

On April 23, 2025, I was detained again by UBHC, and I was never told why—just that it was "a screening."

The April 23, 2025 detention was retaliatory, baseless, and coordinated, likely in response to interpersonal or political motivations—not law or mental health.

Middlesex Borough Police seem to be behind the scenes orchestrating the detainment without a lawful predicate.

No criminal complaint, no charges, no court order—just an informal complaint from the police chief's wife.

What this shows, Your Honor, is that these detainments are not based on any objective legal standard—they're based on retaliation, politics, and favoritism, coordinated behind the scenes by local police and county officials.

In this instance, aleegedly because I was never given a specific reason, the spouse of a police chief was able to mobilize UBHC to detain me—with no warrant, no danger, and no charge. That is an abuse of government power and a clear threat to my constitutional rights.

I was never arrested. No criminal charges were filed. This was not a lawful seizure. This was the Middlesex Borough Police and county prosecutors using their personal and political connections to trigger another abusive detainment—without any factual evidence or legal due process. For years they have been weaponizing the mental health system against me where they try to escalate the situation by constantly withholding damning criminal evidence which is at the root of this matter and intentionally trigger my ptsd so they can then point the finger at me.

This pattern dates back years. In the underlying criminal matter which began this cycle, I was subjected to multiple psychiatric screening ordered by Judge Weisberg and judge Paone back from 2013-2017, again they continued with the 2nd malicious prosecution where Judge Toto in 2019 ordered these evaluations and Judge Paone again throughout the time until 2021 when the charges were dismissed with prejudice.

During that case and afterward, UBHC and the County Prosecutor never filed for civil commitment. Instead, they repeatedly sought to detain me through backdoor screenings, without due process and where they tried to use the criminal process to weaponize the mental health field against me.

As you can see here in Exhibit B I was detained in 2020, and then again in 2021 all with the same issue at hand. on the very day my charges were dismissed with prejudice in 2021 UBHC was called into the court room by prosectors to try and escalate me and illegally detain me. And now Most recently on April 23, 2025 which is the basis for this TRO.

In discovery from my related lawsuit (MID-L-001679-23) you can see in Exhibit C that I uncovered internal communications—where the Prosecutor's Office Brian Gillet actively plotted with UBHC Supervisor Greg Fitzpatrick to have me screened and possibly committed. The prosecutor, Brian Gillet, even emailed the Department of Human Services looking for ways to use the system to detain me seen in that exhibit as well.

◆ Recent Escalation – Ongoing and Immediate Threat

Even while this case is pending, the pattern has escalated.

After my detainment/ screening on 4/23/25 I filed a tort claim lawsuit against UBHC and Piscataway Police who were accomplices, not named parties in the 1679-23 lawsuit.

On June 27 and June 28, 2025, UBHC came to my home, unannounced, about a Facebook post. This wasn't an emergency. This was surveillance and intimidation used to **discredit me**, **detain me**, and **silence my legal complaints and harass me and my family.**

Then on July 8, they called me by phone to harass me again. This is after being sued, and after being placed on notice.

*Negative inferance*

I've now filed a new tort claim for these latest incidents. But the fact that they're continuing even during litigation proves there is no deterrent, and no procedural safeguard in place.

The abuse is active, imminent, and targeting my First and Fourteenth Amendment rights—including my right to speak, to petition the courts, and to be free from unlawful seizure.

◆ Legal Standard and Relief Requested

Under Rule 4:52-1 and New Jersey case law, a temporary restraining order is warranted where:
- There is a likelihood of success on the merits;
- The plaintiff will suffer irreparable harm without it; and
- The balance of equities favors relief.

Here, the facts show repeated violations of my constitutional rights, and each incident involves liberty deprivation—a harm that is by definition irreparable. I've done nothing wrong except pursue my legal rights. These people are trying to and have tried for years to put me away illegally by weaponizing the mental health system against me so that they can violate my due process and do it without ever putting the factual evidence on the table. The mental health professionals have been paid off with thousands. Of dollars to write false reports with no factual basis. Furthermore, through this lawsuit and the federal lawsuit against Middlesex Borough police we obtained evidence that Middlesex police destroyed video evidence and didn't follow ag guidelines to do an internal investigation which led to years of malicious prosecution and the weaponization of the mental health system against me. We also now have evidence of a MCPO investigation Deon Mccall who has whistleblower lawsuits against his own office for covering up murders and sexual assaults. He was directly involved with the IA investigation in my case stemming from 2012. The defendant in the 1679-23 lawsuit continues to withhold that evidence from us seemingly to escalate the situation with no justification. They are 6 months in violation of producing discovery according to judges orders.

I respectfully ask the Court to issue the requested restraints:
- Enjoining UBHC, the Middlesex Borough and Piscataway Police, and the Prosecutor's Office from detaining me or initiating psychiatric screenings or holds,
- Unless based on a proper court order, clear emergent medical danger, or a process that respects due process of law.

◆ Closing

Your Honor, I am not asking for immunity. I am asking for protection. The evidence speaks for itself. I cannot continue defending against abusive, retaliatory detainments while trying to litigate civil claims.

I respectfully urge this Court to grant the temporary restraints and protect my rights while this matter proceeds.