**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**JOHN FAKLA**,
Plaintiff,
v.
**UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC), et al.,**
Defendants.

Civil Action No. 2:25-cv-13764
Hon. Claire C. Cecchi, U.S.D.J.

# [PROPOSED] ORDER

THIS MATTER having come before the Court on Defendant Rutgers' Motion to Vacate the Temporary Restraining Order entered by the Superior Court of New Jersey on July 16, 2025, and the Court having considered the motion, Plaintiff's opposition, and all supporting papers and exhibits submitted therein;

IT IS on this ___ day of _____, 2025,
ORDERED that Defendant Rutgers' Motion to Vacate Temporary Restraints is hereby **DENIED**; and it is further

ORDERED that the Temporary Restraining Order issued on July 16, 2025 shall remain in full force and effect unless otherwise modified by this Court.

SO ORDERED.


Hon. Claire C. Cecchi, U.S.D.J.