**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

JOHN FAKLA,
Plaintiff,
v.
UNIVERSITY BEHAVIORAL HEALTH CARE (UBHC), et al.,
Defendants.

Civil Action No. 2:25-cv-13764
**Hon. Claire C. Cecchi, U.S.D.J.**

# CERTIFICATION OF SERVICE

I, John Fakla, hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. On July 10, 2025, I served a copy of the following documents related to the above-captioned matter on Defendant Rutgers, The State University of New Jersey (misidentified as University Behavioral Health Care) and Piscataway Police via **Certified Mail**:

   ○ Verified Complaint

   ○ Order to Show Cause with Temporary Restraints

   ○ Supporting Exhibits

2. The documents were mailed to the address of Rutgers' legal representative on file and Piscataway Police at:
   **University Behavioral Healthcare**
   Rutgers, The State University of New Jersey
   671 Hoes Lane West
   Piscataway,NJ 08854

   **Piscataway Police Dept.**
   555 Sidney Road
   Piscataway, NJ 08854

3. A true and correct copy of the **USPS Certified Mail receipt** and **tracking confirmation** reflecting delivery is attached hereto as **Exhibit [A]**.

4. The method of service complies with the service requirements of New Jersey Court Rule 4:52-1(b) and relevant provisions of Fed. R. Civ. P. 5(b)(2)(C).

5. As such, Defendant was on notice of the Order to Show Cause and supporting papers prior to the filing of its motion to vacate the Temporary Restraining Order.

6.  Additionally, Plaintiff's opposition brief demonstrates that Rutgers' claimed irreparable harm is not credible. Plaintiff was previously screened and released without incident, demonstrating no immediate risk. Furthermore, the TRO was issued upon credible evidence, including emails obtained during discovery in related litigation, showing long-term collusion between UBHC and the Middlesex County Prosecutor's Office—further supporting the claim of targeted, retaliatory misuse of the screening process.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/3/25

Respectfully submitted with Integrity,

**John Fakla**
Pro Se Plaintiff
521 Norwich court Piscataway, NJ 08854

732-754-9627
JFakla37@gmail.com