**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JOHN FAKLA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 25-13764 |
| v. | : | |
| | : | **ORDER TO SHOW CAUSE** |
| UNIVERSITY BEHAVIORAL | : | |
| HEALTH CARE, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CECCHI, District Judge.**

This matter comes before the Court by way of a dispute between pro se plaintiff John Fakla ("Plaintiff") and defendants University Behavioral Health Care ("UBHC") and the Piscataway Police Department ("PPD") (collectively, "Defendants") concerning Defendants' alleged visits to Plaintiff's home.

**WHEREAS** on June 27, 2025, Plaintiff filed a complaint in the Superior Court of New Jersey, Middlesex County seeking a temporary restraining order ("TRO") and a permanent injunction ("PI") enjoining Defendants from making "any contact" with Plaintiff absent "express court permission." ECF No. 1-2, Ex. A ¶ 16 ("Cmpl."). The complaint alleges that on multiple occasions Defendants "banged on" Plaintiff's door and "demanded to speak with him," causing "severe emotional distress." *Id.* ¶ 7–9.  It further alleges that Plaintiff "has not committed any acts warranting police or mental health intervention." *Id.* ¶ 10; and

**WHEREAS** on July 16, 2025, the state court granted Plaintiff's request for a TRO as to the relief sought against UBHC.[1] ECF No. 1-2, Ex. E. The court additionally ordered UBHC to

---

[1] Although named in the complaint, PPD does not appear to have been served or entered an appearance. *See* ECF No. 1 ¶ 6.

appear and show cause on August 4, 2025, why Plaintiff's request for a PI should not be granted. *Id.* at 1. The TRO was to remain in effect until that time. *Id.* at 2; and

**WHEREAS** UBHC does not appear to have challenged that ruling in the state court. *See* ECF No. 1 Instead, on July 25, 2025, UBHC removed the action to this Court pursuant to 28 U.S.C § 1441 without allowing for the state court to further address the injunction. *Id.* UBHC then moved for this Court to vacate the state court's grant of Plaintiff's TRO request. ECF No. 6. Plaintiff filed an opposition to UBHC's motion and contested its removal of the matter to this court. ECF No. 8.

Accordingly, **IT IS** on this 4th day of August 2025,

**ORDERED** that UBHC shall show cause in writing why this case should not be remanded to state court to allow that court to address challenges to its order granting Plaintiff's TRO request; and it is further

**ORDERED** that if the parties fail to respond to this Order with an objection to remand by 2:00 p.m. EST, August 5, 2025, this matter shall be remanded to the Superior Court of New Jersey, Middlesex County, the Honorable J. Randall Corman, J.S.C.; and it is further

**ORDERED** that UBHC shall serve a copy of this Order upon Plaintiff by personal service and by overnight mail by close of business today. A certificate of service shall be filed today; and it is further

**ORDERED** that the clerk's office is directed to serve a copy of this Order upon Plaintiff by email.

**SO ORDERED**.

*/s/ Claire C. Cecchi*
_____
**CLAIRE C. CECCHI, U.S.D.J**