Richard J. Birch, Esq. (Attorney ID: 322842020)
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Blvd, 8th Floor
Bridgewater, New Jersey 08807
908-722-0700
D: 908-252-4254
Email: rjbirch@norris-law.com
*Attorneys for Defendant*
*Rutgers, The State University of New Jersey,*
*misidentified as University Behavior Health Care*

| | |
|---|---|
| JOHN FAKLA, | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | |
| v. | Civil Action No.: 2:25-cv-13764 |
| UNIVERSITY BEHAVIOR HEALTH CARE, et al., | **CERTIFICATION OF SERVICE** |
| Defendants. | |

Pursuant to this Court's August 4, 2025, Text Order, I hereby certify that this Court's August 4, 2025, Order to Show Cause [ECF 9] and corresponding Docket Text were served via hand delivery and by overnight mail via Federal Express upon Pro Se Plaintiff as follows:

> John Fakla,
> 521 Norwich Court
> Piscataway, NJ 08854

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> By: *s/Richard J. Birch*
> Richard J. Birch, Esq.

Dated: August 4, 2025