**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

JOHN FAKLA

                                  Plaintiff,

v.                                         Case No.:
                                               2:25–cv–13764–CCC–JBC
                                               Judge Claire C. Cecchi

UNIVERSITY BEHAVIORAL HEALTH
CARE, et al.

                                Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: MID–L–003942–25

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                       Very truly yours,

                                                       CLERK OF COURT
                                                       By Deputy Clerk, dam

encl.
cc: All Counsel