**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

JOHN FAKLA

                                 Plaintiff,

v.                                         Case No.:
                                                    2:25−cv−13764−CCC−JBC
                                                    Judge Claire C. Cecchi

UNIVERSITY BEHAVIORAL HEALTH
CARE, et al.

                                 Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L−003942−25

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                     Very truly yours,

                                                     CLERK OF COURT
                                                     By Deputy Clerk, dam

encl.
cc: All Counsel